IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT STORAY**                                                                          **PLAINTIFF**

v.                        **4:09CV00055 JMM**

**METRO BUILDERS SUPPLY**                                     **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement and Stipulation of Dismissal with Prejudice, docket # 8, the complaint and all claims in this action are hereby dismissed with prejudice as to all parties with each party to bear their own costs and attorneys fees.

IT IS SO ORDERED this 17th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE